# EXHIBIT A

# SUMMONS
## (CITATION JUDICIAL)

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FIDELITY CAPITAL HOLDINGS, INC. dba FIDELITY CREDITOR
SERVICE and EXPERIAN INFORMATION SOLUTIONS, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ALEXANDER MIYAMURA

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County Of Los Angeles

SEP 07 2016

Sherri R. Carter, Executive Officer/Clerk
By: Anabella Figueroa, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse

111 North Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
**16K11004**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
McCarthy Law PLC, 4250 N. Drinkwater Blvd, Ste 320, Scottsdale, AZ 85251, 602-456-8900

DATE: SEP 07 2016
*(Fecha)*

SHERRI R. CARTER, Clerk, By
*(Secretario)*

Anabella Figueroa, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Experian Information Solutions, Inc.

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):* 9-16-16

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Page 1 of 1

**MCCARTHY LAW PLC**

CANDID CONVERSATION. WISE COUNSEL.

Ashley Tuchman, 258719
Garrett Charity, 285447
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
**Attorneys for Plaintiff**

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

SEP 07 2016

Sherri R. Carter, Executive Officer/Clerk
By: Anabella Figueroa, Deputy

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

ALEXANDER MIYAMURA,

    Plaintiff,

v.

FIDELITY CAPITAL HOLDINGS, INC. dba
FIDELITY CREDITOR SERVICE and
EXPERIAN INFORMATION SOLUTIONS,
INC.

    Defendants.

Case No.: **16 K 11 0 0 4**

**COMPLAINT FOR VIOLATION OF
FAIR CREDIT REPORTING ACT (15
U.S.C. § 1681 et seq.)**

COMES NOW Plaintiff, ALEXANDER MIYAMURA ("Plaintiff"), by and through

counsel undersigned, and for its cause of action against the Defendants above-named alleges as

follows:

    1.    That Plaintiff is and was at all times hereinafter mentioned a resident of San

Francisco County, California.

    2.    That, on information and belief, Defendant, FIDELITY CAPITAL HOLDINGS,

INC. dba FIDELITY CREDITOR SERVICE, ("FIDELITY"), is, and at all times relevant hereto

was, a corporation registered with the California Secretary of State database doing business in

California and has designated the following registered statutory agent: 441 NORTH VARNEY

STREET, FLOOR 2, BURBANK, CALIFORNIA 91502.

    3.    That, on information and belief, Defendant, FIDELITY, is, and at all times

relevant hereto was, regularly doing business in the State of California.

    4.    That, on information and belief, Defendant, EXPERIAN INFORMATION

SOLUTIONS, INC. ("EXPERIAN"), is a credit reporting agency, as defined by 15 U.S.C. §

1681a(f), licensed to do business in California and has designated the following registered

1  statutory agent: CT CORPORATION SYSTEM, 818 WEST SEVENTH STREET, SUITE 930,

2  LOS ANGELES, CA 90017.

3      5.      That, on information and belief, Defendant, EXPERIAN, is, and at all times

4  relevant hereto was, regularly doing business in the State of California.

5      6.      That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

6  Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as it

7  had the necessary minimum contacts with the State of California.

8      7.      That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants,

9  and has suffered particularized and concrete harm.

10     **I.      FIRST CAUSE OF ACTION: VIOLATIONS OF THE FAIR CREDIT**
           **REPORTING ACT 15 U.S.C. § 1681 et seq.**

11     8.      That on October 14, 2015, Defendant FIDELITY sent a written settlement offer to

12  Plaintiff to settle Plaintiff's account ending in xxxx-866539 ("Account"). As part of the

13  settlement offer, Defendant FIDELITY agreed to request that the credit reporting agencies delete

14  the Account from Plaintiff's credit report(s).  Exhibit A.

15     9.      Subsequently, Plaintiff made the settlement payment to FIDELITY, per the terms

16  of the settlement offer.

17     10.     As a result, Defendant FIDELITY sent a letter to Plaintiff, care of his debt

18  settlement attorneys' McCarthy Law, PLC, stating the Account has been satisfied by either

19  payment in full or is settled in full. The letter further states that, per the terms of the settlement,

20  Defendant FIDELITY will request that the credit reporting agencies delete the Account from

21  Plaintiff's credit report. Exhibit B.

22     11.     That Defendant FIDELITY continued to report the Account on Plaintiff's credit

23  report, despite agreeing otherwise.

24     12.     That Defendant EXPERIAN is willfully reporting derogatory and inaccurate

25  information about Plaintiff to third-parties.

26     13.     On June 21, 2016, Plaintiff sent a written dispute, with supportive documentation,

27  to EXPERIAN regarding the accuracy of the derogatory information reported by EXPERIAN.

28  Exhibit C.

1      14.    That Defendant FIDELITY willfully failed to correct the inaccurate reporting of

2  Account to the Defendant EXPERIAN in violation of 15 U.S.C. § 1681s-2 and to the detriment

3  of the consumer Plaintiff. Exhibit D.

4      15.    That Defendant EXPERIAN failed to correct the inaccurate reporting of Account

5  in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff. Exhibit D.

6      16.    That Defendant FIDELITY is willfully reporting derogatory and inaccurate

7  information about Plaintiff to consumer reporting agency, EXPERIAN, as defined by 15 U.S.C. §

8  1681a. Exhibit D.

9      17.    That the Defendant EXPERIAN, willfully failed to maintain reasonable

10  procedures to assure maximum accuracy of the information contained in Plaintiff's credit report

11  in violation of 15 U.S.C. § 1681e.

12      18.    The foregoing acts and omissions of the Defendants, FIDELITY and EXPERIAN,

13  constitute unacceptable violations of the FCRA.

**II.    SECOND CAUSE OF ACTION: VIOLATIONS OF THE CALIFORNIA
CONSUMER CREDIT REPORTING AGENCIES ACT CA Civ § 1785.1 et seq.**

16      19.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as

17  though fully stated herein.

18      20.    Defendant EXPERIAN is a credit reporting agency, as defined by CA Civ §

19  1785.3(d).

20      21.    Plaintiff filed a dispute directly with Defendant EXPERIAN as to the accuracy of

21  the information contained within the consumer's credit report.

22      22.    That Defendant FIDELITY is willfully reporting derogatory and inaccurate

23  information about Plaintiff to one or more CRAs, by continuing to report the Account on

24  Plaintiff's credit report(s), as defined by CA Civ § 1785.25.

25      23.    Defendant EXPERIAN is willfully reporting derogatory and inaccurate

26  information about Plaintiff to third-parties.

27  ///

28  ///

24.     That Defendant FIDELITY willfully failed to correct the inaccurate reporting of the Account to the Defendant EXPERIAN in violation of CA Civ § 1785.25(f) and to the detriment of the consumer Plaintiff.

25.     That Defendant EXPERIAN has failed to correct the inaccurate reporting of the account in violation of CA Civ § 1785.16 and to the detriment of the consumer Plaintiff.

26.     That Defendant EXPERIAN willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of CA Civ § 1785.16.

27.     The foregoing acts and omissions of the Defendants constitute unacceptable violations of the CCRAA.

### III.     **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff seeks a reasonable and fair judgment against Defendants for willful noncompliance of the Consumer Credit Reporting Agencies Act and seeks his statutory remedies as defined by CA Civ § 1785.31, 15 U.S.C. § 1681n and demands:

### AS TO COUNT 1:

1.     Actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2.     Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful violation;

3.     The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4.     Any further legal and equitable relief as the court may deem just and proper in the circumstances.

### AS TO COUNT 2:

1.     Actual damages, pursuant to CA Civ § 1785.31(a)(1) and CA Civ § 1785.31(a)(2), including court costs, loss of wages, attorney's fees, and pain and suffering;

///

///

1        2.    Punitive damages, pursuant to CA Civ § 1785.31(a)(2)(B), of not less than $100 and

2    not more than $5,000 for each violation as the court deems proper, and any other relief that the

3    court deems proper for Defendant's willful violation;

4

5        Respectfully submitted this 26th day of August, 2016.

6

7                            MCCARTHY LAW, PLC

8                  By: */s/Ashley Muriel Tuchman*

9                        Ashley Tuchman, Esq.

10                       Garrett Charity, Esq.
                        Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251

Miyamura v. Fidelity Creditor Service et al.    5

COMPLAINT

# EXHIBIT A



**Fidelity Creditor Service**

CORPORATE OFFICE:
216 S Louise Street
Glendale, CA 91205
818/502-1981 or 800/440-1981
Fax 818/502/1979

VENTURA OFFICE:

4587 Telephone Rd. Suite #212
Ventura, CA 93003
805/477-7447 or 888/440-1981
Fax 805/650-0790

10/14/15

MICHAEL BROWNE
ALEXANDER MIYAMURO
C/O MCCARTHY LAW PLC
4250 N DRINKWATER BLVD STE 320
SCOTTSDALE CA 85251

EBE416  000866539
DESK 1P

Total Due: $ 8,664.17

I am writing you regarding your account with our office as
We have come in contact with you by phone. I am extending
to you a one-time offer to settle your account in full for the
total amount of **$4,700.00** as long as this amount is
received in our office no later than **10/20/15**. After 10/20/15
this offer will become Null & Void and the entire amount,
including interest, will once again become due and payable.

**As agreed, upon receipt of your payment we will request that the
credit reporting agencies to which we subscribe to delete our
entry from your credit report.**

In order to take advantage of this offer you MUST contact
me immediately at (818)206-1840.

This notice is being sent to you by a collection agency in an
attempt to collect a debt and any information obtained will be
used for that purpose only.

LUIS BROWN Account Manager
(818)206-1840  ext 250
FIDELITY CREDITOR SERVICE

# EXHIBIT B

```
FIDELITY CREDITOR SERVICE
P O BOX 3963
GLENDALE, CA 91221-0963
818-206-1840     FAX(818)502-1293
```

                              12/04/15

```
MICHAEL D BROWNE
C/O MCCARTHY LAW PLC
4250 N DRINKWATER BLVD STE 320
SCOTTSDALE A  85251
```

                    Client: 1285 N SWEETZER AVE
                    Client Ref. No.: ████████0320
                    Our Account No:  ██████66539

To Whom it may concern:

Please take notice that the account listed above has
been satisfied by either payment in full or is settled in full.

As agreed we will request that the credit reporting agencies
to which we subscribe delete our entry from your credit report.

This has been sent to you by a collection agency.


                        FIDELITY CREDITOR SERVICE

# EXHIBIT C

Alexander Miyamura
1600 15th St. #408
San Francisco, CA 94103

June 21, 2016

Experian
NCAC
PO Box 9701
Allen, TX 75013

RE:   Name: Alexander Miyamura
Address: 1600 15th St. #408, San Francisco, CA 94103
SS#: ███████5044
DOB: ████████████
Report Date: 06/17/2016
Report #: 0820-9900-20

To Whom It May Concern:

Attached is a page from my credit report reporting Fidelity Creditors SERV - Account # ████████████6539.

This account was settled in full with Fidelity Creditors SERV.  The account was paid as of 12/04/2015. Per the settlement with Fidelity Creditors SERV, the account was to be deleted from all credit agency reports. Please see attached.

Therefore, I am requesting immediate deletion of the account.

Regards,

Alexander Miyamura

6/17/2016        Experian – Access your credit report



ALEXANDER MIYAMURA  |  Report number 0820-9900-20  |  June 17, 2016  |  Print  |  Close window

Any pending disputes will be highlighted below.

### Personal Information

#### Name(s) associated with your credit

| Name | Name Identification number |
|---|---|

#### Address(es) associated with your credit

| Address | Address Identification number | Residence type | Geographical code |
|---|---|---|---|

1/16

6/17/2016                                    Experian – Access your credit report

███ Experian

ALEXANDER MIYAMURA  |  Report number 0820-9900-20  |  June 17, 2016  |  Print  |  Close window

---

████-8717

**Year of birth**

**Telephone number(s)**

**Current or former employer(s)**          **Address**

---

## Your personal statements

No general personal statements appear on your report.

**Add statement(s)**

---

## Potentially negative items

No Public Record Items appear on your report.

| | | | | |
|---|---|---|---|---|
| **Account name**<br>FIDELITY CREDITOR SERV | **Account number**<br>F800EBE4160866539 | **Recent balance**<br>Not reported | **Date opened**<br>08/2012 | **Status**<br>Paid in settlement. |
| 441 N VARNEY ST<br>BURBANK, CA 91502<br>818 502 1981<br>**Address identification number**<br>0827017486<br><br>**Original creditor**<br>1285 N SWEETZER AVE | **Type**<br>Collection<br>**Terms**<br>1 Months<br><br>**On record until**<br>Feb 2019 | **Credit limit or original amount**<br>$6,477<br>**High balance**<br>$0<br>**Monthly payment**<br>$0<br>**Recent payment amount**<br>Not reported | **Date of status**<br>11/2015<br>**First reported**<br>10/2012<br>**Responsibility**<br>Individual | **Comment**<br>Account paid in full for less than full balance |

**Account history**

| 2015<br>Nov<br>CLS | Oct<br>C | Sep<br>C | Aug<br>C | Jul<br>C | Jun<br>C | May<br>C | Apr<br>C | Mar<br>C | Feb<br>C | Jan<br>C | 2014<br>Dec<br>C | Nov<br>C | Oct<br>C | Sep<br>C | Aug<br>C | Jul<br>C | Jun<br>C | May<br>C | Apr<br>C | Mar<br>C | Feb<br>C | Jan<br>C | 2013<br>Dec<br>C | Nov<br>C | Oct<br>C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep<br>C | Aug<br>C | Jul<br>C | Jun<br>C | May<br>C | Apr<br>C | Mar<br>C | Feb<br>C | Jan<br>C | 2012<br>Dec<br>C | Nov<br>C | Oct<br>C | | | | | | | | | | | | | | |

Collection as of Feb 2015 to Oct 2015, Oct 2012 to Dec 2014

FIDELITY CREDITOR SERVICE
P O BOX 3963
GLENDALE, CA 91221-0963
818-206-1840     FAX(818)502-1293

12/04/15

MICHAEL D BROWNE
C/O MCCARTHY LAW PLC
4250 N DRINKWATER BLVD STE 320
SCOTTSDALE A   85251

Client: 1285 N SWEETZER AVE
Client Ref. No.: ████████0320
Our Account No:   ██████6539

To Whom it may concern:

Please take notice that the account listed above has
been satisfied by either payment in full or is settled in full.

As agreed we will request that the credit reporting agencies
to which we subscribe delete our entry from your credit report.

This has been sent to you by a collection agency.

FIDELITY CREDITOR SERVICE



**Experian**

A world of insight

Prepared for:  ALEXANDER MIYAMURA

Date:  July 29, 2016

Report number:  2164-2869-29

Page 1 of 18

Dear ALEXANDER MIYAMURA ,

*To assist you in understanding your correction summary, we have provided*
*additional information that relates directly to items on your personal credit*
*report.*

FIDELITY CREDITOR SERV
▉▉▉▉▉▉6539
PLEASE CONTACT CREDIT GRANTOR AT 8185021981

A "paid in settlement for less than the full balance" account indicates that
arrangements were made between you and the credit grantor to accept a lesser
amount of the original balance as payment. Because the account is closed to
future charges, it is considered to be a "closed account."

"Paid in settlement for less than the full balance" accounts remain on your
personal credit report for seven years from the date of the initial missed
payment that led to the delinquency. If you were never delinquent prior to
settlement, the account will remain on your personal credit report for seven
years from the date paid in settlement.

Sincerely,

Experian
NCAC
P.O. Box 2002
Allen, TX 75013

Scan me with your smart phone
for special offers from Experian.

PO Box 9701
Allen, TX 75013

0021112 02 MB 0.416 **AUTO    7 0 7181 94103-532508    -C06-P01113-I
ALEXANDER MIYAMURA
1600 15TH ST #408
SAN FRANCISCO CA  94103-5325

::: Experian

A world of insight

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are on the following page. If an item disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation. If an item says "Deleted," we have removed it from your credit report and taken steps so it does not reappear. If an item says "Remains," it means the company that reports the information to us has certified it is reported accurately. If an item says "Updated," you should look at the item carefully to see whether you believe it is now accurate. Sometimes the updated information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0780185179

7161-06-00-0001112-0001-00086.35



**Experian·**
A world of insight

**How to read your results**
**Deleted** - This item was removed from your credit report
**Remains** - This item was not changed as a result of our processing of your dispute
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| FIDELITY CREDITOR SERV ████████6539 | Remains |

Visit experian.com/status to check the status of your pending disputes at any time.

0780185179



**Experian**

A world of insight

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

| Payment history legend | | |
|---|---|---|
| **OK** Current/Terms of agreement met | **VS** | Voluntarily surrendered |
| **30** Account 30 days past due | **R** | Repossession |
| **60** Account 60 days past due | **PBC** | Paid by creditor |
| **90** Account 90 days past due | **IC** | Insurance claim |
| **120** Account 120 days past due | **G** | Claim filed with government |
| **150** Account 150 days past due | **D** | Defaulted on contract |
| **180** Account 180 days past due | **C** | Collection |
| **CRD** Creditor received deed | **CO** | Charge off |
| **FS** Foreclosure proceedings started | **CLS** | Closed |
| **F** Foreclosed | **ND** | No data for this time period |

## ■ Credit items

**FIDELITY CREDITOR SERV**
441 N VARNEY ST
BURBANK CA 91502
**Phone number**
(818) 502-1961
**Partial account number**
F600EBE4160866539
**Address identification number**
0827017466
**Original creditor** 1285 N SWEETZER AVE

**Date opened**
Aug 2012
**First reported**
Oct 2012
**Date of status**
Nov 2015

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$6,477
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid in settlement
This account is scheduled to continue on record until Feb 2019.
**Comment:**
Account paid in full for less than full balance

**Payment history**

| 2016 | 2014 | 2013 | 2012 |
|---|---|---|---|
| NOV OCT SEP AUG JUL | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL | JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB | JAN DEC NOV OCT |

CLS C C C C C C C C C ND C C C C C C C C C C C C C C C C C C C C C C C C C C C C C C C C C

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| McCarthy Law PLC<br>Ashley Tuchman, SBN 258719; Garrett Charity, 285447<br>4250 North Drinkwater Blvd, Ste 320<br>Scottsdale, Arizona 85251<br>TELEPHONE NO.: 602-456-8900   FAX NO.: 602.218.4447<br>ATTORNEY FOR *(Name):* ALEXANDER MIYAMURA | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court Of California<br>County Of Los Angeles<br><br>SEP 07 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Anabella Figueroa, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Alexander Miyamura vs. Fidelity Capital Holdings et al

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) ☑ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 16K11004<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):*  2
5. This case ☐ is ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:

Ashley Y. Tuchman
_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

**CIVIL CASE COVER SHEET**

| SHORT TITLE: Miyamura vs. Fidelity Capital Holdings, Inc. | CASE NUMBER 16K11004 |

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES  CLASS ACTION? ☐ YES  LIMITED CASE? ☐ YES  TIME ESTIMATED FOR TRIAL 1 ☐ HOURS/ ☑ DAYS

**Item II.** Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> **Applicable Reasons for Choosing Courthouse Location (see Column C below)**

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: Miyamura vs. Fidelity Capital Holdings, Inc. | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4

| SHORT TITLE: Miyamura vs. Fidelity Capital Holdings, Inc. | CASE NUMBER | |
|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☒ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| SHORT TITLE: Miyamura vs. Fidelity Capital Holdings, Inc. | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1**, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. ☐1. ☐2. ☐3. ☐4  ☐5. ☐6. ☐7. ☒8. ☐9. ☐10. | ADDRESS: 818 WEST SEVENTH ST STE 930 |
|---|---|
| CITY: Los Angeles | STATE: CA | ZIP CODE: 90017 | |

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___Stanley Mosk___ courthouse in the ___Los Angeles___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: ___8/16/10___

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).
5. Payment in full of the filing fee, unless fees have been waived.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4

GEN-16 Limited Jurisdiction Portal-PJ

**FILED**
Superior Court of California
County of Los Angeles

**JUN 2 9 2016**

Sherri R. Carter, Executive Officer/Clerk

By_____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Limited Jurisdiction Civil Cases Calendared in the Los Angeles County Superior Court | ) ) ) ) ) ) ) ) ) |

GENERAL ORDER RE LIMITED JURISDICTION CIVIL PROCEDURES: NOTICE OF WEB PORTAL AVAILABILITY FOR INTERPRETER REQUESTS
(Effective July 11, 2016)

TO EACH PARTY:

In order to expedite the availability of interpreters at hearings on limited jurisdiction civil cases, IT IS HEREBY ORDERED that each limited jurisdiction civil plaintiff shall, along with the complaint and other required documents, serve all named defendants with the *Notice of the Availability of Web Portal for Interpreter Requests*; this notice informs the litigants that the Los Angeles County Superior Court provides interpreter services in limited jurisdiction civil cases at no cost to parties with limited English proficiency and that Spanish language interpreters are available in courtrooms where limited jurisdiction civil hearings are held. The notice will be provided to the plaintiff at the time the limited jurisdiction civil action is filed, if filed at the clerk's office, and will also be posted on the Los Angeles County Superior Court internet website (http://www.lacourt.org/). Plaintiff(s) must then indicate service of the *Notice of Availability of Web Portal for Interpreter Requests* on line 2(f) of the Proof of Service of Summons form (POS-010).

Effective immediately, this General Order is to remain in effect until otherwise ordered by the Presiding Judge.

DATED: June 29, 2016

_____
CAROLYN B. KUHL
Presiding Judge

1

GENERAL ORDER – LIMITED JURISDICTION CIVIL PORTAL

The Los Angeles Superior Court provides interpreter services at no cost to parties with limited English proficiency in limited civil jurisdiction hearings. Spanish interpreters are available at all courthouse locations. Therefore, it is not necessary to request a Spanish language interpreter in advance. If you require a Spanish interpreter, please let the courtroom staff know about your need on the day of your hearing. Limited English proficient individuals who speak a language other than Spanish may request an interpreter in advance of their court hearing via the Court's Web Portal for Interpreter Requests [http://www.lacourt.org/irud/UI/index.aspx]. While the Court will make every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one will be immediately available. If you have general questions about language access services, please contact us at LanguageAccess@LACOURT.org.

**Ծանուցագիր սահմանափակ իրավասության քաղաքացիական գործերով Թարգմանչական ծառայության ինդրանքը ներկայացնելու համար նախատեսված առցանց դարպաս առկայության մասին**

Լոս Անջելեսի Առաջին ատյանի դատարանն անվճար թարգմանչական ծառայություն է տրամադրում սահմանափակ իրավասության քաղաքացիական վարույթներ` անգլերենն սահմանափակ իմացություն ունեցող կողմերին: Իսպաներենն թարգմանչ է առկայությունը բոլոր դատարաններում է: Ուստի, իսպաներենն թարգմանչ հայ տնայնորոր ներկայացնել անհրաժեշտ չէ: Եթե Դուզ ունեք իսպաներենն թարգմանչ կարիք ունեք, ապա խնդրում է ձեր այդ մասին ձեր լսման օրը տեղեկացնել դատարանի դահ լիճին անձնակազմին: Անգլերենն սահմանափակ իմացություն ունեցող անձինք, ովքեր խոսում են իսպաներենից բացի մեկ այլ լեզվով, կարող են թարգմանչ ինդրանու ներկայացնել նախորոք` նախքան իրենց լսման օրը, Դատարանի` Թարգմանչական ծառայու ինդրանքների համար նախատեսված առցանց դարպասի միջոցով [http://www.lacourt.org/irud/UI/index.aspx]: Թեև դատարանն ամեն ինչ կանի ձեր լսման օրն ու ժամին թարգմանչ ներկայացնելու ապահովելու համար, սակայ ն դատարանը չի երաշխավորում, որ նման ներկայություն անմիջապես հնարավոր կլինի ապահովել: Լեզվական մատչելիության ծառայությունների վերաբերյալ հարցերով խնդրում ենք դիմել LanguageAccess@LACOURT.org:

**关于有限民事管辖权传译员申请网络门户的可用性通知**

在有限民事管辖权庭审中，洛杉矶高等法院为英语能力有限的各方人士提供免费传译员服务。在所有法庭中，均有现成的西班牙语传译员。因此您不需要提前申请西班牙语传译员。如果您需要西班牙语传译员，请在您的庭审当日将您的需求告知法庭工作人员。在庭审前，英语能力有限的非西班牙语人士可通过法院的传译员申请网络门户(http://www.lacourt.org/irud/UI/index.aspx)提前申请传译员。法院会尽力按您的庭审日期和时间安排传译员，但法院无法保证能够即时提供传译员。如果您有关于语言服务的疑问，请联系 LanguageAccess@LACOURT.org。

**통역사 신청을 위한 소액 청구 웹 포털 이용 통지**

로스앤젤레스 상급법원은 소액 청구 심리에서 영어가 능숙하지 않은 당사자들에 대해 통역 서비스를 무료로 제공합니다. 스페인어 통역사는 소액 청구 심리가 열리는 모든 법정에서 손쉽게 제공할 수 있습니다. 스페인어 통역사가 필요한 경우에는 심리가 열리는 날에 법정 직원에게 알려 주십시오. 스페인어가 아닌 다른 언어를 사용하고 영어가 능숙하지 않은 개인들은 통역사 신청을 위한 법원 웹 포털을 통해서 재판일 전에 통역사를 신청할 수 있습니다(http://www.lacourt.org/irud/UI/index.aspx). 법원은 심리 날짜와 시간에 통역사를 찾기 위해 모든 노력을 기울일 것이나, 통역사를 즉시 제공한다는 것을 보장할 수 없습니다. 언어 접근 서비스에 대한 질문이 있으시면, 다음의 이메일 주소로 연락해 주십시오: LanguageAccess@LACOURT.org.

**Aviso de disponibilidad del Portal web para jurisdicción limitada civil para solicitar intérpretes**

La corte superior de Los Ángeles brinda servicios de intérprete sin cargo para audiencias de jurisdicción limitada civil a las partes que tienen conocimientos limitados de inglés. Se dispone de intérpretes de español en todos los juzgados. Por lo tanto, no es necesario pedir un intérprete de español por adelantado. Si necesita un intérprete de español, informele al personal de la sala del juzgado el día de su audiencia. Los individuos con conocimientos limitados de inglés que hablan un idioma que no sea el español pueden solicitar un intérprete antes de la audiencia en la corte por medio del Portal web de la corte para solicitar intérpretes [http://www.lacourt.org/irud/UI/index.aspx]. La corte hará el mayor esfuerzo posible para programar un intérprete para la fecha y hora de su audiencia; sin embargo, no le podemos garantizar de que haya uno disponible en forma inmediata. Si tiene preguntas generales sobre los servicios de acceso lingüístico, envíe un mensaje a LanguageAccess@LACOURT.org.

**Thông Báo về Cổng Web Thẩm Quyền Hộ Sự Giới Hạn để Xin Cung Cấp Thông Dịch Viên**

Tòa Thượng Thẩm Los Angeles cung cấp dịch vụ thông dịch viên miễn phí cho những bên kiện có khả năng Anh Ngữ giới hạn trong những phiên tòa có thẩm quyền Hộ Sự Giới Hạn. Có sẵn thông dịch viên tiếng Tây Ban Nha tại tất cả các tòa. Do đó, không cần phải xin cung cấp thông dịch viên tiếng Tây Ban Nha trước. Nếu quý vị cần thông dịch viên tiếng Tây Ban Nha, xin cho nhân viên phòng xử biết về nhu cầu của quý vị vào ngày quý vị ra tòa. Người có khả năng Anh Ngữ giới hạn và nói một ngôn ngữ không phải tiếng Tây Ban Nha có thể xin cung cấp thông dịch viên trước ngày có phiên tòa của họ qua Cổng Web của Tòa cho Các Yêu Cầu Cung Cấp Thông Dịch Viên (http://www.lacourt.org/irud/UI/index.aspx). Tuy tòa sẽ nỗ lực để tìm một thông dịch viên cho ngày giờ phiên tòa của quý vị, tòa không thể bảo đảm sẽ có ngay. Nếu quý vị có thắc mắc tổng quát về các dịch vụ ngôn ngữ, xin liên lạc với chúng tôi tại LanguageAccess@LACOURT.org.

August 5, 2016

**FILED**
LOS ANGELES SUPERIOR COURT

MAR 0 7 2016

SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK

*C. Casarez*

BY C. CASAREZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

In re Limited Civil Jurisdiction Cases Calendared
in Department 77 (Non – Collections Cases)

)
)
)
)
)
)
)
)

Case No.: **16 K 11 0 0 4**

2nd AMENDED
GENERAL ORDER

## TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

Pursuant to the California Code of Civil Procedure, the California Rules of Court, and the Los Angeles County Superior Court Local Rules, the COURT HEREBY ISSUES THE FOLLOWING GENERAL ORDERS THAT SHALL APPLY TO ALL LIMITED CIVIL (NON-COLLECTION) CASES FILED AND/OR HEARD IN DEPARTMENT 77.

1.     PLAINTIFF(S) IS/ARE ORDERED TO SERVE A COPY OF THIS GENERAL ORDER ON THE DEFENDANT(S) WITH COPIES OF THE SUMMONS AND COMPLAINT AND TO FILE PROOF OF SERVICE, AS MANDATED IN THIS ORDER.

2.     The Court sets the following trial date in this case in Department 77 (7th floor, Room 736) at the Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012:

TRIAL: 3 / 07 / 2018 OSC: 09 / 09 / 2019

TRIAL:
- Date: _____ at 8:30 a.m.

## SERVICE OF SUMMONS AND COMPLAINT

3.      The trial date set forth above is conditioned on the defendant(s) being served with the summons and complaint <u>within six (6) months of the filing of the complaint</u>. The trial date may be continued to a later date if service is not accomplished within six months. The parties may stipulate to keep the original trial date even if service of the summons and complaint is not completed within six months of the filing of the original complaint.

4.      The summons and complaint shall be served upon the defendant(s) within <u>three years</u> after the complaint is filed in this action. (Code Civ. Proc., § 583.210, subd. (a).) Failure to comply will result in dismissal, without prejudice, of the action, as to all unserved parties who have not been dismissed as of that date. (Code Civ. Proc., § 581, subd. (b)(4).) The dismissal as to the unserved parties, without prejudice, for this case shall be effective on the following date:

<div style="border:1px solid black; padding:2em; text-align:center;">

**UNSERVED PARTIES DISMISSAL DATE**

_____

</div>

5.      No Case Management Review (CMR) and no Mandatory Settlement (MSC) or Final Status Conferences (FSC) will be conducted in this case.

## LAW AND MOTION

6.      All regularly noticed pretrial motions will be heard in Department 77 on Mondays, Tuesdays, Wednesdays, and Thursdays at 8:30 a.m. A motion will be heard only if a party reserves a hearing date by going to the court's website at www.lacourt.org and reserving it

through the Court Reservation System (CRS). All motions should be filed in Room 102 of the Stanley Mosk Courthouse.

7.   <u>Tentative Rulings</u> may be posted on the Court's internet site no later than the day prior to the hearing. To access tentative rulings, parties may go to **lacourt.org**, select "Civil" Division, and then click on "Tentative Rulings."

## EX PARTE APPLICATIONS

8.   Ex parte applications must be noticed for 1:30 p.m. in Department 77. All ex parte application fees must be paid by 1:00 p.m. in Room 102 of the Stanley Mosk Courthouse.

## JURY FEES

9.   The fees for a jury trial shall be due no later than 365 calendar days after the filing of the initial complaint, or as otherwise provided by Code of Civil Procedure section 631, subdivisions (b) and (c).

## STIPULATION TO CONTINUE TRIAL

10.   A trial will be postponed if all attorneys of record and/or the parties who have appeared in the action stipulate in writing to a specific continued date. If the stipulation is filed less than five (5) court days before the scheduled trial date, then a courtesy copy of the stipulation must be filed in Department 77. A proposed order shall be lodged along with the stipulation. The Stipulation and Order should be filed in Room 118 of the Stanley Mosk Courthouse with the required filing fees.

## TRIAL

11.   Parties are to appear on the trial date ready to go to trial, and must meet and confer on all pretrial matters at least 20 calendar days before the trial date. On the day of trial the parties shall bring with them to Department 77 all of the following:

i.   A printed Joint Statement of the Case;

ii.   Motions in Limine, which must be served and filed in accordance with the Local Rules of the Los Angeles Superior Court (LASC) see local rule 3.57;

iii.   A printed Joint Witness List disclosing an offer of proof regarding each testimony, the time expected for testimony, and the need of an interpreter.

iv.   Joint Exhibits in Exhibit Books, numbered appropriately, and Exhibit List;

v.   A printed Joint Proposed Jury Instructions, and

vi.   A printed Joint Proposed Verdict form(s).

**FAILURE TO PROVIDE ANY OF THE AFOREMENTIONED DOCUMENTS ON THE TRIAL DATE MAY CAUSE A DELAY IN THE CASE BEING ASSIGNED TO A TRIAL COURT.**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

DATED: 3/7/16

Hon. Kevin C. Brazile
Supervising Judge of Civil