**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

Ashley Yuriel Tuchman, 258719
Garrett Charity, 285447
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
garrett.charity@mccarthylawyer.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MIYAMURA,<br><br>     Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL HOLDINGS, INC. dba FIDELITY CREDITOR SERVICE and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>     Defendants. | Case No: 2:16-cv-07723-FMO-SK<br><br>[Assigned for all purposes to the Honorable Fernando M. Olguin]<br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

   Plaintiff Alexander Miyamura ("Plaintiff") have settled their claims with defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian", together with Plaintiff "Parties"), and hereby notify the Court that the Parties have reached a settlement which will include the dismissal with prejudice of all claims against Experian. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days.

   Respectfully submitted this 16th day of November 2016.

MCCARTHY LAW, PLC

By: */s/Garrett Charity*
Garrett Charity, Esq.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing of **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** with the Court and mailed a copy to the following parties:

Alexandra Nicole Fries, Esq.
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, CA 90071-2300

*/s/ Garrett Charity*