JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MIYAMURA,<br><br>    Plaintiff,<br>v.<br><br>FIDELITY CAPITAL HOLDINGS, INC. dba FIDELITY CREDITOR SERVICE and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No: 2:16-cv-07723-FMO-SK<br><br>[Assigned for all purposes to the Honorable Fernando M. Olguin]<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO FIDELITY CAPITAL HOLDINGS, INC. dba FIDELITY CREDITOR SERVICE** |

The Court having considered the Plaintiff's Dismissal without Prejudice as to Defendant, Fidelity Capital Holdings, Inc. dba Fidelity Creditor Service only and good cause appearing,

IT IS ORDERED that Plaintiff's Dismissal is granted. This action is dismissed without prejudice as to Defendant Fidelity Capital Holdings, Inc. dba Fidelity Creditor Service only.

Dated: February 24, 2017

                              /s/                    .
                         Fernando M. Olguin